Dora V. Lane, Esq.
Nevada Bar No. 8424
dlane@hollandhart.com
R. Calder Huntington, Esq.
Nevada Bar No. 11996
rchuntington@hollandhart.com
HOLLAND & HART LLP
9555 Hillwood Drive, 2nd Floor
Las Vegas, Nevada 89134
(702) 669-4600
(702) 669-4650 – fax

*Attorneys for Defendant
Regional Transportation Commission of
Southern Nevada*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| MANUEL VERMA, an individual, DUANE USHIJIMA, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>KEOLIS TRANSIT AMERICA, LLC; DOES 1 through 10 inclusive; ROES CORPORATIONS/ENTITIES 1 through 10 inclusive; and REGIONAL TRANSPORTATION COMMISSION OF SOUTHERN NEVADA; DOES 1 through 10 inclusive; ROES CORPORATIONS/ENTITIES 1 through 10 inclusive,,<br><br>Defendants. | Case No. 2:16-cv-02037 JAD-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT REGIONAL TRANSPORTATION COMMISSION OF SOUTHERN NEVADA TO FILE A RESPONSIVE PLEADING TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

Defendant Regional Transportation Commission of Southern Nevada ("RTC"), by and through its counsel of record, Jackson Lewis P.C., and Plaintiffs Manuel Verma and Duane Ushijima ("Plaintiffs"), by and through their counsel of record, The Thater Law Group, P.C., hereby stipulate and agree to extend the time for RTC to file a responsive pleading to Plaintiffs' Complaint from September 19, 2016 up to and including October 3, 2016.

1   This stipulation and order is sought in good faith and not for the purpose of delay. No
2   prior request for any extension of time has been made.
3   Dated this 19th day of September, 2016.

| THE THATER LAW GROUP, P.C. | HOLLAND & HART LLP |
|---|---|
| /s/ M. Lani Esteban-Trinidad | /s/ R. Calder Huntington |
| M. Lani Esteban-Trinidad, Bar #6967<br>6390 W. Cheyenne Ave., Suite A<br>Las Vegas, Nevada  89108 | Dora V. Lane, Esq.<br>R. Calder Huntington, Esq.<br>Holland & Hart LLP<br>9555 Hillwood Drive, 2nd Floor<br>Las Vegas, Nevada 89134 |
| *Attorney for Plaintiffs* | *Attorney for Defendant*<br>*Regional Transportation Commission of Southern Nevada* |

**DENIED**.  See Local Rule IA 6-1(a) (requests to extend must state the reasons for the extension requested).

**ORDER**

IT IS SO ORDERED.

_____
U.S. ~~District~~/Magistrate Judge

Dated: September 20, 2016