**THE THATER LAW GROUP, P.C.**
M. Lani Esteban-Trinidad
Nevada Bar No. 006967
6390 W. Cheyenne Ave., Ste. A
Las Vegas, Nevada 89108
Telephone: (702) 736-5297
Fax: (702) 736-5299
E-Mail: lani@thaterlawgroup.com
Attorney for Plaintiffs
MANUEL VERMA & DUANE USHIJIMA

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| MANUEL VERMA, an individual, DUANE USHIJIMA, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> KEOLIS TRANSIT AMERICA, LLC; DOES 1 through 10 inclusive; ROES CORPORATIONS/ENTITIES 1 through 10 inclusive; and REGIONAL TRANSPORTATIONC OMMISSION OF SOUTHERN NEVADA; DOES 1 through 10 inclusive; ROES CORPORATIONS/ENTITIES 1 through 10 inclusive, <br><br> Defendants. | Case No. 2:16-cv-2037-JAD-NJK <br><br> **STIPULATION AND ORDER TO EXTEND TIME FOR PLAINTIFFS MANUEL VERMA AND DUANE USHIJIMA TO FILE A RESPONSIVE PLEADING TO DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S COMPLAINT** <br><br> **(FIRST REQUEST)** |

Plaintiffs MANUEL VERMA and DUANE USHIJIMA ("Plaintiffs"), by and through their counsel of record, The Thater Law Group, P.C. and Defendants KEOLIS TRANSIT AMERICA, LLC ("Keolis") and REGIONAL TRANSPORTATION COMMISSION OF SOUTHERN NEVADA ("RTC"), by and through their respective counsel Jackson Lewis, P.C., hereby stipulate and agree to extend the time for Plaintiffs to file a responsive pleading to Defendants Keolis and RTC's Motion to Dismiss from October 28, 2016 up to and including November 11, 2016.

The parties seek the requested extension because the current date for Plaintiff to respond to the pending defense Motion falls on Friday, October 28, 2016, which is Nevada Day, with Plaintiff's counsel's staff off from work in observance of the state holiday and given Plaintiff's counsel's multiple coinciding deadlines in pending State Court cases during that shortened work week, Plaintiff's counsel requires the additional time to respond to defense Motions.

This stipulation and order is sought in good faith and not for the purpose of delay.

DATED this 20th day of October, 2016.

| | |
|---|---|
| **THE THATER LAW GROUP, P.C.** | **JACKSON LEWIS, P.C.** |
| BY:/s/ M. Lani Esteban-Trinidad | BY:/s/ Paul Trimmer |
| M. Lani Esteban-Trinidad, Esq. | Paul Trimmer, Esq. NV Bar No. 9291 |
| Nevada Bar No. 6967 | Dione C. Wrenn, Esq. NV Bar No. 13285 |
| 6390 West Cheyenne Ave., Suite A | 3800 Howard Hughes Parkway, Suite 600 |
| Las Vegas, NV 89108 | Las Vegas, NV 89169 |
| *Attorney for Plaintiffs* | *Attorneys for Defendants* |

### ORDER

IT IS SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE
Dated: October 21, 2016.