Paul T. Trimmer
Nevada State Bar No. 9291
Dione C. Wrenn
Nevada State Bar No. 13285
**JACKSON LEWIS P.C.**
3800 Howard Hughes Parkway, Suite 600
Las Vegas, Nevada 89169
Tel:  (702) 921-2460
trimmerp@jacksonlewis.com
dione.wrenn@jacksonlewis.com

*Attorneys for Defendants*
*Keolis Transit America and*
*Regional Transportation Commission of*
*Southern Nevada*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MANUEL VERMA, an individual, DUANE USHIJIMA, an individual,<br><br>             Plaintiffs,<br><br>       vs.<br><br>KEOLIS TRANSIT AMERICA, LLC; DOES 1 through 10 inclusive; ROES CORPORATIONS/ENTITIES 1 through 10 inclusive; and REGIONAL TRANSPORTATION COMMISSION OF SOUTHERN NEVADA; DOES 1 through 10 inclusive; ROES CORPORATIONS/ENTITIES 1 through 10 inclusive,,<br><br>             Defendants. | Case No. 2:16-cv-02037-JAD-NJK<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING ON DEFENDANTS' MOTION TO DISMISS**<br><br>(First Request) |

The parties, by and through their respective counsel, hereby stipulate and agree to continue the hearing on Defendants' Motion to Dismiss (ECF No. 13) currently set for December 12, 2016 at 2:30 pm to ~~December 29, 2016~~, or thereafter as the Court's calendar permits. **\***

The parties further stipulate and agree that Defendants shall have to and including December 5, 2016 within which to file a Reply in Support of its Motion to Dismiss.

This request is prompted by defense counsel's scheduling conflict. Defense counsel needs additional time to review the Plaintiff's opposition to its motion because of counsel's involvement in two representation cases filed with the National Labor Relations Board in the past two weeks.

It is necessary to continue the oral argument because Defense counsel will be handling an unfair labor practice trial before the National Labor Relations Board in the matter entitled *Jose Escoto and Stratosphere Gaming, LLC* which is expected to take two days.

This stipulation and order is sought in good faith and not for the purpose of delay.

DATED: November 18, 2016.

THE THATER LAW GROUP, P.C.                JACKSON LEWIS P.C.

/s/ M. Lani Esteban-Trinidad                      /s/ Dione C. Wrenn
M. Lani Esteban-Trinidad, Bar #6967        Paul T. Trimmer, Bar #9291
6390 W. Cheyenne Ave., Suite A              Dione C. Wrenn, Bar #13285
Las Vegas, Nevada 89108                          3800 Howard Hughes Parkway, Suite 600
                                                                      Las Vegas, Nevada 889169
*Attorney for Plaintiffs*
*Manuel Verma and Duane Ushijima*

*Attorney for Defendants*
*Keolis Transit America, LLC and*
*Regional Transportation Commission of Southern Nevada*

**ORDER**

IT IS SO ORDERED.

_____
U.S. District/Magistrate Judge

DATED: 11/21/2016

*IT IS ORDERED that the motion hearing RE [13] Motion to Dismiss is RESET for 1/4/2017 at 2:00 PM.